UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KEITH L. McBRIDE, Individually, and f/u/b/o
ALLIANZ GLOBAL CORPORATE &
SPECIALTY AG,

   Plaintiff,

v.            Case No.  6:12-cv-1413-ORL-37TBS

SCORPION MARINE SALES & SERVICE,
INC.,

   Defendant.

_____/

<u>ORDER</u>

   Pending before the Court is the parties' Joint Motion for Extension of Time to Disclose Expert Witness Reports, to Complete Discovery and File Dispositive Motions.  (Doc. 18.)  The dates proposed by the parties do not give the Court sufficient time before trial to rule on dispositive motions.  Therefore, the motion is GRANTED in part and DENIED in part.  The Case Management and Scheduling Order (Doc.13), is amended as follows:

| | |
|---|---|
| Disclosure of Expert Reports by Plaintiff | September 6, 2013 |
| Disclosure of Expert Reports by Defendant | October 7, 2013 |
| Discovery Deadline | November 5, 2013 |
| Dispositive Motions, Daubert and Markman Motions | December 5, 2013 |

   IT IS SO ORDERED.

DONE AND ORDERED in Orlando, Florida, on July 16, 2013.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel